# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 19-24493-CMB |
| WENDY G. GUY | ) |
| | ) Chapter 7 |
| Debtors. | ) |
| | ) Document No. _____ |
| | ) |
| WENDY G. GUY | ) |
| | ) |
| Movant, | ) |
| v. | ) |
| | ) |
| NO RESPONDENT, | ) |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |

## NOTICE OF CHANGE OF ADDRESS

**Undeliverable Address:**

    Creditor Name:    Nationstar Mortgage LLC d/b/a Mr. Cooper
    Incorrect Address:  Incomplete Address

**Corrected Address:**

    Creditor Name:    Nationstar Mortgage LLC d/b/a Mr. Cooper
    Correct Address:  PO Box 619098
                           Dallas, TX 75261-9741

Dated: March 5, 2020                  **STONECIPHER LAW FIRM**

                                          ***/s/ Ronald B. Roteman***
                                          Ronald B. Roteman, Esquire
                                          PA ID No. 66809
                                          rroteman@stonecipherlaw.com
                                          125 First Avenue
                                          Pittsburgh, PA 15222
                                          T: 412-391-8510
                                          F: 412-391-8522
                                          *Attorney for Debtor*